IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| GENERAL STAR NATIONAL INSURANCE CO., | : | Civil Action No. _____ |
|---|---|---|
| Plaintiff, | : | 08 CV 2957 |
| v. | : | Related to Civil Action Nos.: |
| | : | 1:07-cv-04045 GEL |
| GINNETTI TRUCKING LLC; EDDYS N. GARCIA as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased; EDDYS N. GARCIA, individually; EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA; KENNY GARCIA; an infant by his father and natural guardian, EDDYS N. GARCIA; OLGA GARCIA; RAFAEL SALVADOR; and KEYLIE SALVADOR, an infant by her mother and natural guardian OLGA GARCIA, | : | 1:07-cv-06192 GEL |
| | : | 1:08-cv-01588 GEL |
| Defendants. | : | MARCH 21, 2008 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the plaintiff General Star National Insurance Company hereby submits its corporate disclosure statement. General Star National Insurance Company is a wholly owned subsidiary of the General Reinsurance Corporation which is a wholly owned subsidiary of the General Re Corporation which is a wholly owned subsidiary of Berkshire Hathaway Inc. which is a publicly held company and trades on the NYSE.

-2-

        Respectfully submitted, GENERAL STAR
        NATIONAL INSURANCE CO., Plaintiff,

By *[signature]*
        Daniel L. FitzMaurice (DF6096)
        *dlfitzmaurice@daypitney.com*
        Day Pitney LLP
        242 Trumbull St.
        Hartford, Connecticut 06103-1212
        (860) 275-0100
        (860) 881-2516 (fax)
        Their Attorneys