LSK&D #: 114-6015 / 1022877

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GENERAL STAR NATIONAL INSURANCE CO.,

                                  Plaintiffs,

-against-

GINNETTI TRUCKING, LLC; EDDYS N. GARCIA as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased; EDDYS N. GARCIA, individually; EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA; KENNY GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA; OLGA GARCIA; RAFAEL SALVADOR; and KEYLIE SALVADOR, an infant by her mother and natural guardian OLGA GARCIA,

                                  Defendants.
------------------------------------------------------------x

CIVIL ACTION NO.:

1:08-CV-02957 GEL

**FEDERAL SDNY STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

       Pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant, GINNETTI TRUCKING, LLC, certifies that upon information and belief, the following corporations are involved in this matter:

       GINNETTI TRUCKING, LLC.

       Pursuant to Federal Rule 7.1, defendant, GINNETTI TRUCKING, LLC, identifies the following publicly held parent corporations and publicly held corporations that own ten percent or more of GINNETTI TRUCKING, LLC. stock:

       NONE.

Dated:    New York, New York
            May 19, 2008

                                Respectfully submitted,

                                LESTER SCHWAB KATZ & DWYER, LLP

                                _____
                                Ellen M. Spindler (EMS-4839)
                                Harold J. Dershowitz (HJD-9910)
                                Attorneys for Defendant
                                GINNETTI TRUCKING, LLC,
                                120 Broadway
                                New York, New York 10271
                                (212) 964-6611

TO:

Daniel A. Howard, Esq.
McElfish Law Firm
1112 N. Sherbourne Drive
West Hollywood, California 90069

Bruce Lauritzen
1011 Durham Road
Madison, Connecticut 06443

Gair, Gair Conason, Steigman & Mackauf
80 Pine Street
New York, New York 10005

Yanover & Yanover
50 Charles Lindbergh Blvd, Suite 400
Uniondale, NY 11553

Edart Leasing Company, LLC
100 Wales Avenue
Avon, Massachusetts 02322

Dasilva Taunton Express
513 John Hancock Road
Taunton, Massachusetts 02780