IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GENERAL STAR NATIONAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> GINNETTI TRUCKING LLC; EDDYS N. GARCIA as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased;  EDDYS N. GARCIA, individually; EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA; KENNY GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA; OLGA GARCIA; RAFAEL SALVADOR; and KEYLIE SALVADOR, an infant by her mother and natural guardian OLGA GARCIA, <br><br> Defendants. | : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 1:08-CV-02957 (GEL) <br><br> Related to Civil Action Nos.: <br>   1:07-cv-04045 GEL <br>   1:07-cv-06192 GEL <br>   1:08-cv-01588 GEL <br><br><br><br><br><br><br><br> July 10, 2008 |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas O. Farrish as attorney for the Plaintiff, General Star National Insurance Co. in the above-entitled action.

                                                       Respectfully submitted, GENERAL STAR
                                                     NATIONAL INSURANCE CO., Plaintiff,

                                                     By    /s/ Thomas O. Farrish        
                                                         Thomas O. Farrish (TF0216)
                                                         *tofarrish@daypitney.com*
                                                         Day Pitney LLP
                                                         242 Trumbull St.
                                                         Hartford, Connecticut 06103-1212
                                                         (860) 275-0100
                                                         (860) 275-0343 (fax)
                                                         Their Attorneys

**CERTIFICATION OF SERVICE**

    This is to certify that a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ Thomas O. Farrish
                                                Thomas O. Farrish